UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: ORTHO EVRA® PRODUCTS LIABILITY LITIGATION | ) N.D. Ohio Case No. 1:06cv-40000 ) ) |
| This Pleading Relates to: | ) MDL Docket No. 1742 ) ) Judge David A. Katz |
| Michael Brown, et al. v. Johnson & Johnson, et al. | ) ) **STIPULATION OF DISMISSAL** ) **WITH PREJUDICE** ) |
| MDL Case No. 1:06cv40013 | ) |

    The parties hereby stipulated to dismiss this matter and all costs with prejudice. Counsel certifies that the assessment required by CMO-9 has been withheld and deposited into the Common Benefit Fund.

    Respectfully submitted, this 1st day of May, 2007.

**AGREED TO:**

| **Attorneys for Plaintiff:** | **Attorneys for Defendants:** |
|---|---|
| /s/ Calvin S. Tregre, Jr. | /s/ Julie A. Callsen |
| CALVIN S. TREGRE, JR. | ROBERT C. TUCKER (0013098) |
| Burg Simpson Eldredge Hersh Jardin, PC | RTucker@tuckerellis.com |
| 312 Walnur Street, Suite 2090 | JULIE A. CALLSEN (0062287) |
| Cincinnati, OH 45202 | Jcallsen@tuckerellis.com |
| 513-852-5600 (telephone) | TUCKER ELLIS & WEST LLP |
| | 1150 Huntington Bldg. |
| | 925 Euclid Ave |
| | Cleveland, OH 44115-1475 |
| | Telephone: 216.592.5000 |
| | Telefax: 216.592.5009 |

**Attorneys for Plaintiff:**

/s/ Richard W. Schulte
RICHARD W. SCHULTE
Behnke, Martin & Schulte, LLC
131 N. Ludlow Street, Suite 840
Dayton, OH 45402
937-435-7500 (telephone)

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, a copy of the foregoing was filed electronically. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/Julie A. Callsen*
> Robert C. Tucker
> Ohio Bar No. 0013098
> Julie A. Callsen
> Ohio Bar No. 0062287
> TUCKER ELLIS & WEST, L.L.P.
> 1150 Huntington Building
> 925 Euclid Avenue
> Cleveland, OH  44115-1475
> (216) 592-5000 (telephone)
> (216) 592-5009 (facsimile)
> robert.tucker@tuckerellis.com
> julie.callsen@tuckerellis.com